IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SHOP1103414053 STORE, et al.,<br><br>Defendants. | Case No. 24-cv-12014<br><br>**Judge Manish S. Shah**<br><br>**Magistrate Judge Jeffrey Cole** |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT**

Plaintiff Microsoft Corporation ("Plaintiff") moves this Honorable Court to enter Default and Default Judgment against all Defendants remaining in this case as none have filed an Answer within the allotted time.[1] A Memorandum of Law in Support is filed concurrently with this Motion.

Dated this 14th day of March 2025.

Respectfully submitted,

/s/ Martin F. Trainor
Martin F. Trainor
Sydney Fenton
Alexander Whang
TME Law, P.C.
10 S. Riverside Plaza
Suite 875
Chicago, Illinois 60606
708.475.1127
martin@tme-law.com
sydney@tme-law.com
alexander@tme-law.com

*Counsel for Plaintiff Microsoft Corporation*

---

[1] A current version of the Schedule A is attached to Plaintiff's Memorandum as Exhibit 1.

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of March 2025, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system and I will electronically publish the documents on a website and send an email to the email addresses identified in Exhibit A hereto that includes a link to said website.

/s/ Martin F. Trainor
Martin F. Trainor
Sydney Fenton
Alexander Whang
TME Law, P.C.
10 S. Riverside Plaza
Suite 875
Chicago, Illinois 60606
708.475.1127
martin@tme-law.com
sydney@tme-law.com
alexander@tme-law.com

*Counsel for Plaintiff Microsoft Corporation*