# EXHIBIT A

| No. | Seller Alias | E-Mail Address |
|---|---|---|
| 1 | DISMISSED | DISMISSED |
| 2 | .OUR Directly | xjy520131400@163.com |
| 3 | Aaon | rainleo126@outlook.com |
| 4 | BaoWenHao625 | oqfsrqcof@outlook.com |
| 5 | DISMISSED | DISMISSED |
| 6 | COPECT | firefox_34333@163.com |
| 7 | DISMISSED | DISMISSED |
| 8 | dongfangy | mitan19790316@163.com |
| 9 | DISMISSED | DISMISSED |
| 10 | Feiron | ymx090700@163.com |
| 11 | fuanshizhongzhouzhouchengyouxiangongsi | huanvnicd53088@163.com |
| 12 | guangzhouliyanyuanshangmaoshanghang | r4203660690@163.com |
| 13 | guangzhourubenshangmaoyouxiangongsi | qiowvd26742862@163.com |
| 14 | hechoushangmao | welcome219@126.com |
| 15 | HeQiang-US | panli00958@163.com |
| 16 | Holarun US | roundcloud17@outlook.com |
| 17 | HUAzhuH | wangaihua040325@163.com |
| 18 | DISMISSED | DISMISSED |
| 19 | LeiYuaN | mizh3632@163.com |
| 20 | LIyiJ | weiduyan76938@163.com |
| 21 | LOHK MEI CN | tsuichunfung1996@gmail.com |
| 22 | Luckeyui | 14757895466@163.com |
| 23 | maidehaobag | maidehao2024@163.com |
| 24 | Miaomiaobaihuoxiaoshou | yumiao5988888@outlook.com |
| 25 | MissGuo | m15006001208@163.com |
| 26 | Mnpartnery | sj314760491@sina.com |
| 27 | mochengwen | amy691598@163.com |
| 28 | DISMISSED | DISMISSED |
| 29 | OKEFXIYKY | rhondaed224@163.com |
| 30 | OVITTAC Directly. | zhangj520131400@163.com |
| 31 | PartyFavors Store | yuqixin886697@163.com |
| 32 | PETSCLUBS | zwq199707266@outlook.com |
| 33 | Pingrose | ping19691121@163.com |
| 34 | DISMISSED | DISMISSED |
| 35 | SNLN US | zhangbowenmgzx@163.com |
| 36 | DISMISSED | DISMISSED |
| 37 | wangmingyushop | wangmingyu050813my@outlook.com |

| # | Name | Email |
|---|---|---|
| 38 | wangsiyustore | zhangwenrui25678@163.com |
| 39 | Wanjiehu | raopocan09708vn@126.com |
| 40 | xiangyangsiniushangmaoyouxiangongsi | 15861207377@163.com |
| 41 | XIN YU-US | xinyu240417@163.com |
| 42 | xindieshangmaogs | wengo087068@163.com |
| 43 | yanghuliu | gimmkbon7833762@163.com |
| 44 | YiChangshilaijiajiaoxiangshangmaohanggerenduzi | zongmuc1363@163.com |
| 45 | yichangshizuisiyeshangmaoyouxiangongsi | dnw97246981t@163.com |
| 46 | YunChengShiYanHuQuYaoYiHuiShangMaoYouXianGongSi | zhouruluang999@163.com |
| 47 | zhihuiwu | 961825867@qq.com |
| 48 | ZiQiangChen store | suren88442@163.com |
| 49 | 烨博电子商务有限公司 | beibeihhh98@outlook.com |
| 50 | DISMISSED | DISMISSED |
| 51 | timeless_haven | uic.19bca1084@gmail.com |
| 52 | Fuzhou Xin Hong Bing Maoyi Youxian Gongsi | yhssk999@yeah.net |
| 53 | DISMISSED | DISMISSED |
| 54 | DISMISSED | DISMISSED |
| 55 | Shen Zhen Shi De Rui Kai Ke Ji You Xian Gong Si | weichangfruugo@outlook.com |
| 56 | DISMISSED | DISMISSED |
| 57 | BIN | contact.binteez@gmail.com; teezola.us@gmail.com; radengrillom@hotmail.com; ngochung08kttt@gmail.com |
| 58 | DISMISSED | DISMISSED |
| 59 | DISMISSED | DISMISSED |
| 60 | DISMISSED | DISMISSED |
| 61 | Kawaii Raymi | kawaiiraymi@gmail.com |
| 62 | DISMISSED | DISMISSED |
| 63 | mugteeco | contact.mugteeco@gmail.com; radengrillom@hotmail.com |
| 64 | OnyxPrints | l2atom51@gmail.com |
| 65 | DISMISSED | DISMISSED |
| 66 | trendyaloha.com | support@trendyaloha.com; duongsung.2107@hotmail.com |
| 67 | XMavericks | support@xmavericks.co; support@dhqgroup.info |
| 68 | DISMISSED | DISMISSED |

| | | |
|---|---|---|
| 69 | DISMISSED | DISMISSED |
| 70 | DISMISSED | DISMISSED |
| 71 | Customized Backpack | 174510429@qq.com |
| 72 | DDXXYY | guoying3188@163.com |
| 73 | DISMISSED | DISMISSED |
| 74 | DISMISSED | DISMISSED |
| 75 | DISMISSED | DISMISSED |
| 76 | DISMISSED | DISMISSED |
| 77 | DISMISSED | DISMISSED |
| 78 | DISMISSED | DISMISSED |
| 79 | New Fashion Backpack | 1273071505@qq.com |
| 80 | DISMISSED | DISMISSED |
| 81 | DISMISSED | DISMISSED |
| 82 | YEEGOO | wenshu.cai@gmail.com |
| 83 | BAI YU | 2459824047@qq.com |
| 84 | Bekayaa | albrety2020@yeah.net |
| 85 | DISMISSED | DISMISSED |
| 86 | DISMISSED | DISMISSED |
| 87 | DISMISSED | DISMISSED |
| 88 | Jie Cheng Toys store | f950244o@163.com |
| 89 | jinanyongpanshangmaoxiaoshouyouxiangongsi | ghe199774@163.com |
| 90 | DISMISSED | DISMISSED |
| 91 | shenzhenshixinyanjuseme | e6a97xrv945j@outlook.com |
| 92 | Tomoaki | jianbo5008@163.com |
| 93 | DISMISSED | DISMISSED |
| 94 | XUEMEI | diecaifrq7@163.com |
| 95 | Zhnaju | gfsdfsgh55@126.com |
| 96 | DISMISSED | DISMISSED |
| 97 | Decrio | 19858973127@163.com |
| 98 | Fancy T Life | pings51078@163.com |
| 99 | Iwanton | xinxin69yud@outlook.com |
| 100 | John Ehrig | lianchat3@163.com |
| 101 | DISMISSED | DISMISSED |
| 102 | liujihongnannvzhuang | songshan6130ru@126.com |
| 103 | DISMISSED | DISMISSED |
| 104 | Nuoyifan | 359967215@qq.com |
| 105 | OVERSHY | dunfu119238@163.com |
| 106 | PSKDJD421 | shudanni1996@163.com |
| 107 | QIANNAXU | fziymv5@163.com |

| | | |
|---|---|---|
| 108 | qiguaimao | jizhen1231234@outlook.com |
| 109 | Redpon | bai6bai@outlook.com |
| 110 | RTXHJ | yangwenfeng2005@outlook.com |
| 111 | DISMISSED | DISMISSED |
| 112 | runyang | 13690482546@163.com |
| 113 | SANACCNI | nghiatrungduong11102000@gmail.com |
| 114 | Setanmou | setanmou@163.com |
| 115 | Seven Trees Premium | 19939968819@163.com |
| 116 | DISMISSED | DISMISSED |
| 117 | taiyuanchongdieshangmao | yuanx02211@163.com |
| 118 | tiannanzhijia store | cdc22222@163.com |
| 119 | TYSM1 | tyzmrsm@outlook.com |
| 120 | wither-stray | dyhk47@163.com |
| 121 | xiangyangshirouguangwenshangmaoyouxiangongsi | zhangxin52g@163.com |
| 122 | XingShengShangMao | cainuannue@163.com |
| 123 | Zhengwei usa | chenzhengwei311@outlook.com |
| 124 | 谷城县细纹商贸有限公司 | freedom31@yeah.net |
| 125 | DISMISSED | DISMISSED |
| 126 | DISMISSED | DISMISSED |
| 127 | DISMISSED | DISMISSED |
| 128 | DISMISSED | DISMISSED |
| 129 | Ornarto Technology | otlworld@outlook.com |
| 130 | Putian Lianmei Dianzi Shangwu Youxian Gongsi | shanghaimy118@163.com |
| 131 | Shenzhenshi Guoranshuzikeji Youxiangongsi | guoran_fg@outlook.com |
| 132 | Xin Huoqing Trading | fukmm333@163.com |
| 133 | DISMISSED | DISMISSED |
| 134 | BYZTEE | contact.byztee@gmail.com; gierkesanda8@hotmail.com |
| 135 | printnd | support@printnd.com; gearsg.com@gmail.com |
| 136 | radpick | support@radpick.com; tanbui@tnd.vn; dodinhnam2000@gmail.com |
| 137 | ufamily | support@ufamily.net; hello@ufamily.net; payment@funnycrocs.com; vinhbienore-526z@outlook.com |
| 138 | DISMISSED | DISMISSED |
| 139 | DISMISSED | DISMISSED |

| 140 | DISMISSED | DISMISSED |
|---|---|---|
| 141 | DISMISSED | DISMISSED |
| 142 | DISMISSED | DISMISSED |
| 143 | DISMISSED | DISMISSED |
| 144 | DISMISSED | DISMISSED |
| 145 | DISMISSED | DISMISSED |
| 146 | DISMISSED | DISMISSED |
| 147 | DISMISSED | DISMISSED |
| 148 | DISMISSED | DISMISSED |
| 149 | DISMISSED | DISMISSED |
| 150 | DISMISSED | DISMISSED |
| 151 | DISMISSED | DISMISSED |
| 152 | DISMISSED | DISMISSED |
| 153 | DISMISSED | DISMISSED |
| 154 | DISMISSED | DISMISSED |
| 155 | DISMISSED | DISMISSED |
| 156 | DISMISSED | DISMISSED |
| 157 | DISMISSED | DISMISSED |
| 158 | DISMISSED | DISMISSED |
| 159 | DISMISSED | DISMISSED |
| 160 | DISMISSED | DISMISSED |
| 161 | DISMISSED | DISMISSED |
| 162 | DISMISSED | DISMISSED |
| 163 | children Girl clothing | 1932478606@qq.com |
| 164 | DISMISSED | DISMISSED |
| 165 | DISMISSED | DISMISSED |
| 166 | DISMISSED | DISMISSED |
| 167 | DISMISSED | DISMISSED |
| 168 | DISMISSED | DISMISSED |
| 169 | Little sung | 473862384@qq.com |
| 170 | DISMISSED | DISMISSED |
| 171 | DISMISSED | DISMISSED |
| 172 | Model toy | 3750610756@qq.com |
| 173 | NINGYE Superior product | ningyi_gary@163.com |
| 174 | DISMISSED | DISMISSED |
| 175 | DISMISSED | DISMISSED |
| 176 | DISMISSED | DISMISSED |
| 177 | Smiling Sprites | 443983767@qq.com |
| 178 | DISMISSED | DISMISSED |
| 179 | DISMISSED | DISMISSED |

| 180 | DISMISSED | DISMISSED |
|---|---|---|
| 181 | WavShu | 1763929478@qq.com |
| 182 | DISMISSED | DISMISSED |
| 183 | XxStudio | zhanxiaotan815@163.com |
| 184 | DISMISSED | DISMISSED |
| 185 | DISMISSED | DISMISSED |
| 186 | DISMISSED | DISMISSED |
| 187 | HUANGSHUO | xingsd092@163.com |
| 188 | DISMISSED | DISMISSED |
| 189 | DISMISSED | DISMISSED |
| 190 | DISMISSED | DISMISSED |
| 191 | DISMISSED | DISMISSED |
| 192 | DISMISSED | DISMISSED |
| 193 | DISMISSED | DISMISSED |