**Microsoft Corporation v. Shop1103414053 Store, et al. – Case No. 24-cv-12014**

# Schedule A

| No. | Seller Alias | URL |
|---|---|---|
| 1 | DISMISSED | DISMISSED |
| 2 | .OUR Directly | https://www.amazon.com/sp?ie=UTF8&seller=A1EGV5CZGXJZKW |
| 3 | Aaon | https://www.amazon.com/sp?seller=A14VGICV1YZMSI |
| 4 | BaoWenHao625 | https://www.amazon.com/sp?ie=UTF8&seller=A1GYXOWDAP4SFZ |
| 5 | DISMISSED | DISMISSED |
| 6 | COPECT | https://www.amazon.com/sp?seller=A3756RKYQU4GG7 |
| 7 | DISMISSED | DISMISSED |
| 8 | dongfangy | https://www.amazon.com/sp?ie=UTF8&seller=A151ER2TTFLIV |
| 9 | DISMISSED | DISMISSED |
| 10 | Feiron | https://www.amazon.com/sp?ie=UTF8&seller=A8C7TKEESCPMU |
| 11 | fuanshizhongzhouzhouchengyouxiangongsi | https://www.amazon.com/sp?ie=UTF8&seller=A15AVIV6G7Q9L0 |
| 12 | guangzhouliyanyuanshangmaoshanghang | https://www.amazon.com/sp?ie=UTF8&seller=A2347Y26W0WKLI |
| 13 | guangzhourubenshangmaoyouxiangongsi | https://www.amazon.com/sp?ie=UTF8&seller=A97GU7TYVDDLY |
| 14 | hechoushangmao | https://www.amazon.com/sp?ie=UTF8&seller=A1H2SOOEP94UIF |
| 15 | HeQiang-US | https://www.amazon.com/sp?ie=UTF8&seller=AE6Z98GNOT60Q |
| 16 | Holarun US | https://www.amazon.com/sp?ie=UTF8&seller=A2VKBUF0VZKODQ |
| 17 | HUAzhuH | https://www.amazon.com/sp?ie=UTF8&seller=AKSNDDW5P4G20 |
| 18 | DISMISSED | DISMISSED |
| 19 | LeiYuaN | https://www.amazon.com/sp?ie=UTF8&seller=AESZFMJZ93XES |
| 20 | LIyiJ | https://www.amazon.com/sp?ie=UTF8&seller=AS0C66G7Y492K |
| 21 | LOHK MEI CN | https://www.amazon.com/sp?ie=UTF8&seller=A2LLL7M9QHQVZ2 |
| 22 | Luckeyui | https://www.amazon.com/sp?ie=UTF8&seller=A1RRVH6D7P18Z8 |

| 23 | maidehaobag | https://www.amazon.com/sp?ie=UTF8&seller=A1A35A1COP77S |
| 24 | Miaomiaobaihuoxiaoshou | https://www.amazon.com/sp?seller=ACN0HEXCCLXG7 |
| 25 | MissGuo | https://www.amazon.com/sp?seller=A3VMJQZ7V6MRBG |
| 26 | Mnpartnery | https://www.amazon.com/sp?ie=UTF8&seller=AFKMYOAYCFX63 |
| 27 | mochengwen | https://www.amazon.com/sp?ie=UTF8&seller=A3H8F7CWOT9O68 |
| 28 | DISMISSED | DISMISSED |
| 29 | OKEFXIYKY | https://www.amazon.com/sp?ie=UTF8&seller=A2JQLH1TZCJHXM |
| 30 | OVITTAC Directly. | https://www.amazon.com/sp?ie=UTF8&seller=A6BORRFATPGWK |
| 31 | PartyFavors Store | https://www.amazon.com/sp?ie=UTF8&seller=A1FHSZKFCWGGU0 |
| 32 | PETSCLUBS | https://www.amazon.com/sp?ie=UTF8&seller=A2S2FK16E985LB |
| 33 | Pingrose | https://www.amazon.com/sp?ie=UTF8&seller=A1UT5COAPQCM8K |
| 34 | DISMISSED | DISMISSED |
| 35 | SNLN US | https://www.amazon.com/sp?ie=UTF8&seller=ASXBFAUD8M03T |
| 36 | DISMISSED | DISMISSED |
| 37 | wangmingyushop | https://www.amazon.com/sp?ie=UTF8&seller=A37IE6S1GURQXV |
| 38 | wangsiyustore | https://www.amazon.com/sp?ie=UTF8&seller=APYUECFIBS7TG |
| 39 | Wanjiehu | https://www.amazon.com/sp?ie=UTF8&seller=AS8HLAYH2990U |
| 40 | xiangyangsiniushangmaoyouxiangongsi | https://www.amazon.com/sp?ie=UTF8&seller=A1KUJ945JOWGZN |
| 41 | XIN YU-US | https://www.amazon.com/sp?ie=UTF8&seller=A3FIFZXUXK9AEW |
| 42 | xindieshangmaogs | https://www.amazon.com/sp?ie=UTF8&seller=APZAQF8R6LP9Y |
| 43 | yanghuliu | https://www.amazon.com/sp?ie=UTF8&seller=A13SBUEIJ0ST8Q |
| 44 | YiChangshilaijiajiaoxiangshangmaohang gerenduzi | https://www.amazon.com/sp?ie=UTF8&seller=AKGLRYTU07THB |
| 45 | yichangshizuisiyeshangmaoyouxiangong si | https://www.amazon.com/sp?ie=UTF8&seller=A19DJM73E8PJC0 |

| | | |
|---|---|---|
| 46 | YunChengShiYanHuQuYaoYiHuiShangMaoYouXianGongSi | https://www.amazon.com/sp?ie=UTF8&seller=A2FF6N4IE2I8RR |
| 47 | zhihuiwu | https://www.amazon.com/sp?ie=UTF8&seller=A21X273ZTJ3QQL |
| 48 | ZiQiangChen store | https://www.amazon.com/sp?ie=UTF8&seller=A2CMCCDWH783ML |
| 49 | 烨博电子商务有限公司 | https://www.amazon.com/sp?ie=UTF8&seller=A12ZGD3116H8V |
| 50 | DISMISSED | DISMISSED |
| 51 | timeless_haven | https://www.ebay.com/sch/timeless_haven/m.html |
| 52 | Fuzhou Xin Hong Bing Maoyi Youxian Gongsi | https://www.fruugo.us/fuzhou-xin-hong-bing-maoyi-youxian-gongsi/m-20566 |
| 53 | DISMISSED | DISMISSED |
| 54 | DISMISSED | DISMISSED |
| 55 | Shen Zhen Shi De Rui Kai Ke Ji You Xian Gong Si | https://www.fruugo.us/shen-zhen-shi-de-rui-kai-ke-ji-you-xian-gong-si/m-15793 |
| 56 | DISMISSED | DISMISSED |
| 57 | BIN | https://binteez.com/ |
| 58 | DISMISSED | DISMISSED |
| 59 | DISMISSED | DISMISSED |
| 60 | DISMISSED | DISMISSED |
| 61 | Kawaii Raymi | https://kawaiiraymi.com/ |
| 62 | DISMISSED | DISMISSED |
| 63 | mugteeco | https://mugteeco.com/ |
| 64 | OnyxPrints | https://www.inspireuplift.com/shop/onyxprints |
| 65 | DISMISSED | DISMISSED |
| 66 | trendyaloha.com | https://trendyaloha.com |
| 67 | XMavericks | https://xmavericks.co/ |
| 68 | DISMISSED | DISMISSED |
| 69 | DISMISSED | DISMISSED |
| 70 | DISMISSED | DISMISSED |
| 71 | Customized Backpack | https://www.temu.com/customized-backpack-m-634418213076036.html? |
| 72 | DDXXYY | https://www.temu.com/ddxxyy-m-634418212393760.html |
| 73 | DISMISSED | DISMISSED |
| 74 | DISMISSED | DISMISSED |
| 75 | DISMISSED | DISMISSED |
| 76 | DISMISSED | DISMISSED |
| 77 | DISMISSED | DISMISSED |

| 78 | DISMISSED | DISMISSED |
|---|---|---|
| 79 | New Fashion Backpack | https://www.temu.com/new-fashion-backpack-m-634418212847960.html |
| 80 | DISMISSED | DISMISSED |
| 81 | DISMISSED | DISMISSED |
| 82 | YEEGOO | https://www.temu.com/yeegoo-m-634418212584985.html |
| 83 | BAI YU | https://www.walmart.com/seller/101674910 |
| 84 | Bekayaa | https://www.walmart.com/seller/101192130 |
| 85 | DISMISSED | DISMISSED |
| 86 | DISMISSED | DISMISSED |
| 87 | DISMISSED | DISMISSED |
| 88 | Jie Cheng Toys store | https://www.walmart.com/seller/102479379 |
| 89 | jinanyongpanshang maoxiaoshouyouxia ngongsi | https://www.walmart.com/seller/101642396 |
| 90 | DISMISSED | DISMISSED |
| 91 | shenzhenshixinyanju seme | https://www.walmart.com/seller/101674901 |
| 92 | Tomoaki | https://www.walmart.com/seller/101695722 |
| 93 | DISMISSED | DISMISSED |
| 94 | XUEMEI | https://www.walmart.com/seller/101651839 |
| 95 | Zhnaju | https://www.walmart.com/seller/101647893 |
| 96 | DISMISSED | DISMISSED |
| 97 | Decrio | https://www.amazon.com/sp?ie=UTF8&seller=A2IIU6TWVL807O |
| 98 | Fancy T Life | https://www.amazon.com/sp?ie=UTF8&seller=A3VIE2YIQ50P99 |
| 99 | Iwanton | https://www.amazon.com/sp?ie=UTF8&seller=A2OJV2J55AD2U6 |
| 100 | John Ehrig | https://www.amazon.com/sp?ie=UTF8&seller=ACLFLSF9YAM0K |
| 101 | DISMISSED | DISMISSED |
| 102 | liujihongnannvzhuang | https://www.amazon.com/sp?ie=UTF8&seller=AFJYOOMPXAGHK |
| 103 | DISMISSED | DISMISSED |
| 104 | Nuoyifan | https://www.amazon.com/sp?seller=A342JX61OUIBZE& |
| 105 | OVERSHY | https://www.amazon.com/sp?ie=UTF8&seller=A127VLJURTDI4I |
| 106 | PSKDJD421 | https://www.amazon.com/sp?ie=UTF8&seller=A1AGIOCR5TOED5 |
| 107 | QIANNAXU | https://www.amazon.com/sp?ie=UTF8&seller=A3H72BJ00UEJFH |
| 108 | qiguaimao | https://www.amazon.com/sp?ie=UTF8&seller=ABB7NL3L2SUOC |

| 109 | Redpon | https://www.amazon.com/sp?ie=UTF8&seller=A3V0HS699ENH2M |
|---|---|---|
| 110 | RTXHJ | https://www.amazon.com/sp?ie=UTF8&seller=A3HGZIOR4JFHGJ |
| 111 | DISMISSED | DISMISSED |
| 112 | runyang | https://www.amazon.com/sp?ie=UTF8&seller=A1X8N3WXQVUU3I |
| 113 | SANACCNI | https://www.amazon.com/sp?ie=UTF8&seller=A7UGFGG26LDA4 |
| 114 | Setanmou | https://www.amazon.com/sp?ie=UTF8&seller=A3NA2STN27CH7D |
| 115 | Seven Trees Premium | https://www.amazon.com/sp?ie=UTF8&seller=A226UWH0MFREGQ |
| 116 | DISMISSED | DISMISSED |
| 117 | taiyuanchongdieshangmao | https://www.amazon.com/sp?ie=UTF8&seller=A35UH4XSFL3JM0 |
| 118 | tiannanzhijia store | https://www.amazon.com/sp?ie=UTF8&seller=AH92NKR3DS2SF |
| 119 | TYSM1 | https://www.amazon.com/sp?ie=UTF8&seller=A39NCCT53GKFDI |
| 120 | wither-stray | https://www.amazon.com/sp?ie=UTF8&seller=AC2HHOD0DGBCK |
| 121 | xiangyangshirouguangwenshangmaoyouxiangongsi | https://www.amazon.com/sp?ie=UTF8&seller=A1442LQUCVSO0S |
| 122 | XingShengShangMao | https://www.amazon.com/sp?ie=UTF8&seller=AO8ZJSJLI42SK |
| 123 | Zhengwei usa | https://www.amazon.com/sp?ie=UTF8&seller=AUQOEYMFLRNO9 |
| 124 | 谷城县细纹商贸有限公司 | https://www.amazon.com/sp?ie=UTF8&seller=A2V469W6067VPD |
| 125 | DISMISSED | DISMISSED |
| 126 | DISMISSED | DISMISSED |
| 127 | DISMISSED | DISMISSED |
| 128 | DISMISSED | DISMISSED |
| 129 | Ornarto Technology | https://www.fruugo.us/ornarto-technology/m-15718 |
| 130 | Putian Lianmei Dianzi Shangwu Youxian Gongsi | https://www.fruugo.us/putian-lianmei-dianzi-shangwu-youxian-gongsi/m-19635 |
| 131 | Shenzhenshi Guoranshuzikeji Youxiangongsi | https://www.fruugo.us/shenzhenshi-guoranshuzikeji-youxiangongsi/m-16528 |
| 132 | Xin Huoqing Trading | https://www.fruugo.us/xin-huoqing-trading/m-22192 |

| 133 | DISMISSED | DISMISSED |
|---|---|---|
| 134 | BYZTEE | https://byztee.com/ |
| 135 | printnd | https://printnd.com/ |
| 136 | radpick | https://radpick.com/ |
| 137 | ufamily | https://ufamily.net/ |
| 138 | DISMISSED | DISMISSED |
| 139 | DISMISSED | DISMISSED |
| 140 | DISMISSED | DISMISSED |
| 141 | DISMISSED | DISMISSED |
| 142 | DISMISSED | DISMISSED |
| 143 | DISMISSED | DISMISSED |
| 144 | DISMISSED | DISMISSED |
| 145 | DISMISSED | DISMISSED |
| 146 | DISMISSED | DISMISSED |
| 147 | DISMISSED | DISMISSED |
| 148 | DISMISSED | DISMISSED |
| 149 | DISMISSED | DISMISSED |
| 150 | DISMISSED | DISMISSED |
| 151 | DISMISSED | DISMISSED |
| 152 | DISMISSED | DISMISSED |
| 153 | DISMISSED | DISMISSED |
| 154 | DISMISSED | DISMISSED |
| 155 | DISMISSED | DISMISSED |
| 156 | DISMISSED | DISMISSED |
| 157 | DISMISSED | DISMISSED |
| 158 | DISMISSED | DISMISSED |
| 159 | DISMISSED | DISMISSED |
| 160 | DISMISSED | DISMISSED |
| 161 | DISMISSED | DISMISSED |
| 162 | DISMISSED | DISMISSED |
| 163 | children Girl clothing | https://www.temu.com/children-girl-clothing-m-5838801922533.html |
| 164 | DISMISSED | DISMISSED |
| 165 | DISMISSED | DISMISSED |
| 166 | DISMISSED | DISMISSED |
| 167 | DISMISSED | DISMISSED |
| 168 | DISMISSED | DISMISSED |
| 169 | Little sung | https://www.temu.com/little-sung-m-634418212952041.html? |
| 170 | DISMISSED | DISMISSED |
| 171 | DISMISSED | DISMISSED |
| 172 | Model toy | https://www.temu.com/model-toy-m-634418212458611.html |
| 173 | NINGYE Superior product | https://www.temu.com/ningye-superior-product-m-634418210371173.html |

| 174 | DISMISSED | DISMISSED |
|-----|-----------|-----------|
| 175 | DISMISSED | DISMISSED |
| 176 | DISMISSED | DISMISSED |
| 177 | Smiling Sprites | https://www.temu.com/smiling-sprites-m-634418212444940.html |
| 178 | DISMISSED | DISMISSED |
| 179 | DISMISSED | DISMISSED |
| 180 | DISMISSED | DISMISSED |
| 181 | WavShu | https://www.temu.com/wavshu-m-634418212831618.html |
| 182 | DISMISSED | DISMISSED |
| 183 | XxStudio | https://www.temu.com/xxstudio-m-634418211799755.html |
| 184 | DISMISSED | DISMISSED |
| 185 | DISMISSED | DISMISSED |
| 186 | DISMISSED | DISMISSED |
| 187 | HUANGSHUO | https://www.walmart.com/seller/102482133 |
| 188 | DISMISSED | DISMISSED |
| 189 | DISMISSED | DISMISSED |
| 190 | DISMISSED | DISMISSED |
| 191 | DISMISSED | DISMISSED |
| 192 | DISMISSED | DISMISSED |
| 193 | DISMISSED | DISMISSED |