# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

MICROSOFT CORPORATION,

               Plaintiff,

v.

SHOP1103414053 STORE, et al.,

               Defendants.

Case No. 24-cv-12014

**Judge Manish S. Shah**

## DEFAULT JUDGMENT ORDER

This action for trademark infringement, counterfeiting, and false designation of origin (the "Action"), having been commenced by Plaintiff Microsoft Corporation ("Plaintiff" or "Microsoft") against the fully interactive e-commerce stores operating under the seller aliases identified on Schedule A to the Complaint (collectively, the "Seller Aliases"), some of whom have since been dismissed from the Action, and Plaintiff having moved for entry of Default and Default Judgment in the Action against the remaining Seller Aliases (collectively, the "Defaulting Defendants") listed in the Amended Schedule A attached hereto;[1]

This Court, having entered upon a showing by Microsoft, a temporary restraining order and preliminary injunction against Defaulting Defendants, which included an asset restraining order;

Microsoft, having properly completed service of process on Defaulting Defendants through the combination of providing notice via electronic publication and email, along with any notice that Defaulting Defendants received from payment processors, deemed as being notice reasonably

---

[1] The e-commerce store URLs are listed on the Amended Schedule A attached hereto.

calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

Defaulting Defendants having failed to answer the Complaint or otherwise plead, and the time for answering the Complaint having expired on January 6, 2025;

This Court hereby finds, by virtue of their default, that Defaulting Defendants sold products using infringing and counterfeit versions of Microsoft's federally registered trademarks (the "Minecraft Trademarks") (such products referred to herein as "Unauthorized Products"). A list of the Minecraft Trademarks is included in the below chart.

| Reg. No. | Trademark | Reg. Date | Goods and Services |
|----------|-----------|-----------|--------------------|
| 4,853,070 | MINECRAFT | Nov. 17, 2015 | For: Computer software, namely, game software; computer and video games software, namely, computer and video game software; interactive entertainment software, namely, computer and video game software; computer software downloaded or downloadable, namely, computer and video game software; electronic publications in the nature of books and magazines in the field of computer and video game software; downloadable computer software publications in the nature of manuals and user guides; data recorded electronically from the internet, namely, downloadable audio files and downloadable video recordings featuring computer and video game play; data recorded in machine readable form from the internet, namely, audio, computer game discs, audio, video tapes, video game cartridges, CD-ROMs, DVDs and other magnetic, electronic or optical media in the nature of digitally downloadable files all bearing computer games and/or audio visual content in the nature of movies, children's stories, music, computer and video game software; multimedia software programs recorded on CD-ROM featuring video and |

| Reg. No. | Trademark | Reg. Date | Goods and Services |
|----------|-----------|-----------|--------------------|
| | | | computer games; software applications, namely, computer and video game software; website applications, namely, downloadable computer and video game software; electronic game programs; computer peripherals; optically recorded data for computers, namely, CD-ROMS, CDs, digitally downloadable audio files featuring information about computer and video games; software and apparatus for downloading, transmitting, receiving, providing, publishing, extracting, encoding, decoding, reading, storing and organizing audiovisual, video-graphic and written data, namely, software for managing computer and video games for use in social networking; information stored on electronic, magnetic and/or by optical means, namely, computer game programs; publications in electronic form supplied on-line from a database or from facilities provided on the internet or other networks including websites, namely, downloadable books, magazines in the field of computer and video game software; electronic notice boards; online database in the field of computer software, computer game programs; sunglasses, memory carriers, namely, blank flash memory cards and blank electronic memory boards; pre-recorded video, audio and data recording media, namely, CDs featuring music, DVDs featuring cartoons, computer and video game; computer game software for use on mobile telephones; mobile fitted plastic covers known as skins for protecting mobile telephones, mobile telephone cases, and covers; downloadable films and programs prepared for television about computer and video game; refrigerator magnets; pre-paid gift and debit cards that are magnetically encoded; parts and fittings for the aforesaid goods in class 009. |

| Reg. No. | Trademark | Reg. Date | Goods and Services |
|----------|-----------|-----------|--------------------|
| | | | For: Jewelry; precious stones and precious metals; goods coated in precious metals, namely, metal knobs, metal trophies; costume jewelry; bracelets; bracelets made of metal; bracelets made of leather; cufflinks; clocks; earrings; key rings of precious metal; horological and chronometric instruments including watches and clocks; wrist bands parts in the nature of watch bands, wrist band watches, watch faces and fittings for the aforesaid goods in class 014.<br><br>For: Printed matter, namely, paper, cardboard, and goods from these materials in the nature of art paper, paper flags, paper envelopes; printed pages downloaded from the internet, namely, books, leaflets, brochures in the field of computer and video games; printed publications, namely, books in the field of computer and video games; books in the field of computer and video games; annuals in the field of computer and video games; comics; magazines in the field of computer and video games; printed redeemable vouchers and pre-paid debit, credit, gift cards, not magnetically encoded, newsletters in the field of computer and video games; newspapers; photo, stamp albums; periodicals in the field of computer and video games; journals, namely, blank journals, blank writing journals; catalogues in the field of computer and video games; manuals in the field of computer and video games; pamphlets in the field of computer and video games; leaflets in the field of computer and video games, not for advertising purposes; posters; stationery; paper, mailing and shipping labels; address books; printed instructional and teaching materials in the field of computer and video games; drawings; paintings; photographs; prints; pictures; calendars; pens; pencils; pencil top ornaments; |

| Reg. No. | Trademark | Reg. Date | Goods and Services |
|----------|-----------|-----------|--------------------|
| | | | gift wrap cards; wrapping paper; notepads; decorative paper centerpieces; paper party decorations; greetings cards; stickers and sticker albums; plastic materials for packaging, namely, plastic bags or plastic film for wrapping; beer mats in the nature of paper coasters; parts and fittings for all the aforesaid goods in class 016.<br><br>For: Articles made of leather and imitation leather, namely, leather straps, leather key cases; belt, book and carry-on bags; handbags; mesh and reusable shopping bags; sports bags; tote bags; school bags; travelling bags; backpacks; rucksacks; umbrellas; briefcases; purses; wallets; key cases; vanity cases, not fitted; parts and fittings for the aforesaid good in class 018.<br><br>For: Household or kitchen utensils and containers, namely, containers for household use, containers for food, grill cover, batter dispenser; chinaware, namely, plaques of china, ornaments of china, china plates; beverage glassware; porcelain mugs, cups, glasses, flower pots, pottery and earthenware, namely, earthenware mugs; combs; drinking glasses; mugs; money boxes in the nature of piggy banks; tooth brushes; articles for cleaning purposes, namely, cleaning cloth, rags, sponges; baskets for domestic use, namely, plant and steamer baskets; containers for beverages, namely, glasses, mugs, bottles sold empty; bottle openers; ironing boards; bottles sold empty; statuettes, figurines and models in the nature of figures, busts of porcelain, terracotta, glass, china or earthenware; dishes; soap boxes and holders; piggy banks; pots; powder compacts and puffs; drinking vessels and flasks; paper plates; tea pots; egg cups; ice cube molds; candy boxes; coasters, not of paper and not being table |

| Reg. No. | Trademark | Reg. Date | Goods and Services |
|---|---|---|---|
| | | | linen; butter and wine coolers; crockery, namely, pots, dishes, plates, bowls; cups; tableware, namely, knives, forks, spoons in class 021.<br><br>For: Articles of clothing, namely, hats, scarves; footwear and headgear, namely, hats, caps; t-shirts; shirts; trousers; sweatshirts; jackets; knitwear, namely, sweaters, sweater jackets, hats, scarves, and gloves; hats; caps; baseball caps; neckwear; belts; scarves; gloves; sweat bands for wrists; shoes; socks; garments for women, namely, shirts, pants, dresses; garments for men, namely, coats, ties, suits; garments for children, namely, T-Shirts, shirts, trousers, skirt, hoodies, cardigan, hats, caps, socks; apparel parts and fittings for all the aforesaid in class 025.<br><br>For: Games and playthings, namely, dolls, toy building blocks and connecting links for the same sold as a unit, craft toys in the nature of hobby craft sets for creating toy crafts, apparel crafts, paper crafts, mobiles, ornaments, jewelry and fashion accessories, children's multiple activity toys, construction toys, paper cut out toys and figures, namely, paper figurines, dolls and accessories, toy jewelry, toy clocks, wooden blocks, toy figures and accessories therefor, action figures, vinyl toy figurines, dolls and accessories, role-playing toys, dolls and playsets and accessories therefor, and soft toys, namely, plush toys, foam toys, namely, foam toy figures, dolls and accessories; stuffed toys; electronic games apparatus, namely, electronic educational game machines for children; audiovisual games on computer hardware platforms not for use with television receivers, namely, arcade games, arcade video game machines; hand-held computer games equipment, namely, hand-held |

| Reg. No. | Trademark | Reg. Date | Goods and Services |
|----------|-----------|-----------|--------------------|
| | | | game consoles, hand-held electronic games adapted for use with television receivers only; home video game machines and hand-held video game machines, namely, arcade type electronic video game, arcade video game machines; parts and fittings for all the aforesaid goods; electronic game machines, namely, handheld units for playing computer and video games; game equipment sold as a unit for playing card games; electronic hand-held game units adapted for use with an external display screen; game equipment sold as a unit for playing a board game and a card game; stand-alone video output games machines, and manipulative puzzles; playing cards; board games; card games; three dimensional puzzles; parts and fittings for all the aforesaid goods in class 028.<br><br>For: Online retail store services via the internet featuring downloadable computer video games, motion pictures and music; online retail stores, wholesale and retail stores featuring software, computer and video games, motion pictures and music recordings; retail store services provided by computer communications networks and on-line retail store services on a local and/or global computer and/or telecommunications networks featuring a wide variety of products, namely, computer and video games, computer software, entertainment software, computer hardware, computer game and hardware accessories, books, pre-recorded media, computer peripherals, clothing, home wares, namely, mugs, crockery, table wear, cutlery, bedding, cushions, virtual goods in the nature of games, clothing for virtual characters and educational materials; online retail store services provided by communications networks connected with video content, featuring computer software, |

| Reg. No. | Trademark | Reg. Date | Goods and Services |
|----------|-----------|-----------|--------------------|
| | | | audio visual material, cards, music, games, software, clothing, footwear, headgear, baby clothes, children's clothes T-shirts, jumpers, hoodies, lanyards, caps, toys, printed matter, paper goods, magazines, books, cushions, throws, pillows, bed linen, duvet covers, jewelry, key rings, mugs, bags, wallets and cases, games, toys, playthings, entertainment products, in the nature of games, playthings, educational products, in the nature of books, educational games; dissemination of advertising material; promotion of goods and services of others via an on-line service with links to the websites and online services of other retail store services provided via communications networks featuring computer, electronic and entertainment products; arranging, organizing and conducting exhibitions and events featuring a variety of activities for promotional purposes; services for the marketing, promotion, sale and retail services relating to computer software, applications, computer and video games and audio visual content, namely, retail stores featuring computer game software and video games; online retail services relating to computer software, computer software applications, computer and video games and audio visual content, namely, online retail stores featuring computer games and downloadable videos; consumer research services for research relating to customer behavior, satisfaction, attitude, effectiveness; computerized database management in class 035. <br><br> For: Providing online access to computer networks, computer databases, the internet, on-line bulletin boards, and electronic sites featuring virtual worlds, servers, virtual worlds including user generated characters, and libraries |

| Reg. No. | Trademark | Reg. Date | Goods and Services |
|----------|-----------|-----------|--------------------|
| | | | of text, graphics and audio-visual and multimedia information and entertainment; providing on-line electronic bulletin board services and chat rooms; providing of an on-line service enabling physically remote players of electronic games to communicate with selected players, namely, providing an online forum for discussing computer games, providing an online forum for trading goods for use in computer games; broadcasting via the internet, mobile phone networks and other telecommunications networks, namely, audio and video broadcasting, wireless broadcasting; telecommunication services for the collection and supply of information, namely, computer aided transmission of information and messages, information transmission via digital networks; electronic transmission of data and information via a global computer network; providing user access to Internet and computer networks for downloading computer software and information; transmission of information via local and/or global computer and/or telecommunication networks; providing access to remote data storage and data stored electronically on servers; providing access to advertising, news, information and audio, video, text and other multimedia content, via local and/or global computer and/or telecommunications networks; provision of electronic communication links, namely, providing online communications links which transfer the website user to other global web pages; provision of telecommunications connections and access to the internet and/or computer databases; providing on-line chat rooms for transmission of messages among computer users concerning topics; communication and broadcasting of information |

| Reg. No. | Trademark | Reg. Date | Goods and Services |
| --- | --- | --- | --- |
| | | | and advertising by computer, computer terminals, the internet, television, mobile communications device, telephone, wireless communications device or other electronic means, namely, video on demand services, digital communications networks; internet communication services, namely, transmission of data via the Internet; audio visual communication services, namely, transmission of voice audio and visual images by telecommunications networks, transmission of data via the Internet; audio, television broadcasting via the internet, mobile phone networks and other telecommunications networks; providing user access to a worldwide computer and/or telecommunications networks for downloading computer software and information; transmission of information via local and/or global computer and/or telecommunication networks; providing access to advertising, news, information and audio, video, text and other multimedia content, via local and/or global computer and/or telecommunications networks; provision of electronic communication links, namely, providing online communications links which transfer the website user to other global web pages, telecommunications gateway services; provision of telecommunications connections and access to the internet and/or computer databases; provision of information relating to telecommunications; provision access to a website or interactive community for users to share personal news, data, information, content, photos, audio and video, interests, activities and opinions and/or to receive feedback others in class 038.<br><br>For: Entertainment and education services, |

| Reg. No. | Trademark | Reg. Date | Goods and Services |
|---|---|---|---|
| | | | namely, providing online electronic, computer and video games provided by means of the internet, online video, computer game services provided via a computer network; organizing of games in the nature of computer and video game competitions; providing non-downloadable games and/or educational entertainment services, namely, providing online computer games, providing temporary use of non-downloadable video games; education and entertainment services provided by computer networks, television, mobile telephone, cable and other electronic means, namely, providing online computer games; presentation, preparation of special effects, editing and production of cinematographic, televisual, digital and motion picture films, radio and television programs; Multimedia publishing of computer and video games and computer and video games software; entertainment information in the nature of customized web pages featuring game player information, including information regarding a player's identity and the player's preferences; multimedia publishing of entertainment and/or educational software; arranging, organizing and conducting conferences and seminars for educational purposes; entertainment services in the form of television programs, radio, cable, satellite and internet programs about computer and video games; production and presentation of television programs, shows, films, videos and DVDs about computer and video games; providing a website featuring online non-downloadable computer and video games online computer and video games, educational services relating to entertainment, namely, providing entertainment information about computer and video games; information about entertainment and education provided on-line from a computer |

| Reg. No. | Trademark | Reg. Date | Goods and Services |
|----------|-----------|-----------|--------------------|
|          |           |           | database or the internet or by communications satellite, microwave or other electronic, digital or analogue media; magazine and newspaper publishing; organization, production and presentation of events for educational, cultural or entertainment purposes, namely, organizing and conducting computer game competitions and educational conventions; organization, production and presentation of competitions, contests, games, game shows, quizzes, fun days, exhibitions, shows, roadshows, staged events, live performances and participation events, namely, organizing athletic events in the field of computer games for education purposes; internet based games, namely, providing online computer games, providing online video games; booking of tickets for entertainment events, namely, booking of tickets for athletic events; information and advisory services relating to any of the aforesaid services in class 041.<br><br>For: Creation of computer graphics; troubleshooting of computer software problems including services for gathering, processing, monitoring, analyzing, managing and/or reporting information concerning usage and performance of software, applications, computer and video games, websites, virtual worlds and computer based audio visual content; troubleshooting of computer web applications including computer services for gathering, processing, analyzing, managing and reporting information concerning online, internet and web site activity; troubleshooting in the nature of collection, analysis and reporting of data concerning usage and performance of software, applications, computer and video games, websites, virtual worlds and audio visual content in class 042. |

| Reg. No. | Trademark | Reg. Date | Goods and Services |
|---|---|---|---|
| | | | For: On-line social networking services; personal and social services rendered by others to meet the needs of individuals, namely, online social networking services in class 045. |
| 4,252,394 | MINECRAFT | Dec. 04, 2012 | For: Computer game software; video game software; computer game software for use with personal computers, home video game consoles used with televisions and arcade-based video game consoles; computer game software downloadable from a global computer network; digital media, namely, pre-recorded CD-ROMs cartridges, digital video discs, digital versatile discs, DVDs, and high definition digital discs featuring computer games and video games in class 009.<br><br>For: Articles of clothing, namely, t-shirts, shirts, dress shirts, trousers, pants, dresses, sweaters, sweatshirts, hooded sweat shirts, jackets; headwear; knitwear, namely, knit dress, knit shirts, knit tops, knit caps, knit gloves, knit jackets and polo knit tops; hats; caps; neckwear; garments for children, namely, shorts, shirts, pants, shorts, jumpers, sweat pants, sweat shirts, hooded sweat shirts; footwear; shoes; socks in class 025.<br><br>For: Game controllers for computer games; electronic interactive board games for use with external monitor; Video game consoles for use with an external display screen or monitor; video game interactive remote control units; stand alone video output game machines; arcade-type electronic video games; board games; manipulative puzzles; playing cards and card games in class 028.<br><br>For: Entertainment services, namely, providing |

| Reg. No. | Trademark | Reg. Date | Goods and Services |
|---|---|---|---|
| | | | on-line computer games and video games, mobile telephone and other remote communications device; providing temporary use of non-downloadable internet computer games; providing temporary use of non-downloadable on-line electronic games played via a global computer network; entertainment services in the form of electronic, non-downloadable computer and video games provided by means of the Internet, mobile telephone and other remote communications device in class 041. |
| 6,834,169 | MINECRAFT DUNGEONS | Aug. 30, 2022 | For: Computer game software; video game software; computer game software for use with personal computers, home video game consoles used with televisions and arcade-based video game consoles; computer game software downloadable from a global computer network; digital media, namely, pre-recorded CD-ROMs, cartridges, digital video discs, digital versatile discs, DVDs, and high definition digital discs featuring computer games and video games in class 009.<br><br>For: Entertainment services, namely, providing on-line computer games and video games; providing temporary use of non-downloadable internet computer games; providing temporary use of non-downloadable on-line electronic games played via a global computer network; entertainment services in the form of electronic, non-downloadable computer and video games in class 041. |
| 5,814,098 | MINECOIN | Jul. 23, 2019 | For: Computer software for purchasing digital items; computer software for purchasing a virtual currency; computer software for using virtual currency to shop for virtual goods offered within a computer game; computer game software; computer programs for computer |

| Reg. No. | Trademark | Reg. Date | Goods and Services |
|---|---|---|---|
| | | | games in class 009.<br><br>For: Computer software for purchasing digital items; computer software for purchasing a virtual currency; computer software for using virtual currency to shop for virtual goods offered within a computer game; computer game software; computer programs for computer games in class 036.<br><br>For: Non-downloadable software, namely, software for purchasing digital items; non-downloadable software, namely, software for purchasing a virtual currency; non-downloadable computer game software, namely, computer software for using virtual currency to shop for virtual goods offered within a computer game in class 042. |
| 5,029,543 | MOJANG | Aug. 30, 2016 | For: Computer software for gathering, processing, monitoring, analyzing, managing and / or reporting information concerning usage and performance of software, applications, computer and video games, websites, virtual worlds and audio visual content; computer and video games software; interactive entertainment software for playing computer games and video games; downloadable electronic publications in the nature of books, comics, and manuals in the field of computer games and video games; pre-recorded optical discs, computer game and video game cartridges, all bearing audio and video content from computer games and video games; electronic notice boards; sunglasses; refrigerator magnets in class 009.<br><br>For: Jewellery; key chains as jewelry trinkets or fobs; horological and chronometric instruments including watches and clocks in class 016. |

| Reg. No. | Trademark | Reg. Date | Goods and Services |
|---|---|---|---|
| | | | For: Bath sponges; bottles sold empty; statuettes, plastic coasters in class 021.<br><br>For: Undergarments, underwear in class 25.<br><br>For: Games and playthings, namely, balloons, Electronic games apparatus, namely, arcade-type electronic video games, hand held units for playing electronic games; Board games; Electronic game machines, namely, electronic educational game machines for children; Equipment sold as a unit for playing card games; Electronic hand-held game units; game equipment sold as a unit for playing aboard game, a card game; Stand-alone video output games machines; Playing cards; Card games; Soft action figures, dolls and accessories thereof; Toys, namely, action figures in class 028.<br><br>For: Internet games, namely, providing an on-line computer game, organising of games; education and entertainment services in the form of producing, editing and distributing cinematographic, televisual, digital and motion picture films, provision of information in the field of computer games and video games by computer networks, television, mobile telephone, cable and other electronic means; editing and production of cinematographic, televisual, digital and motion picture films, entertainment services in the form of providing temporary non-downloadable electronic, computer and video games provided by means of the Internet, mobile telephone and other remote communications device in class 041. |

| Reg. No. | Trademark | Reg. Date | Goods and Services |
|----------|-----------|-----------|--------------------|
| 7,080,915 | MINECRAFT | Jun. 13, 2023 | For: Downloadable computer software, namely, game software; computer and video games software, namely, computer and video game software; interactive entertainment software, namely, computer and video game software; electronic publications in the nature of books and magazines in the field of computer and video game software; downloadable computer software publications in the nature of manuals and user guides; data recorded electronically from the internet, namely, downloadable audio files; data recorded in machine readable form from the internet, namely, audio, computer game discs, video game cartridges, CD-ROMs, and other magnetic, electronic or optical media in the nature of digitally downloadable files all bearing computer games and audio visual content in the nature of children's stories, music, computer and video game software; multimedia software programs recorded on CD-ROM featuring video and computer games; software applications, namely, computer and video game software; website applications, namely, downloadable computer and video game software; electronic game programs; optically recorded data for computers, namely, CD-ROMS, CDs, digitally downloadable audio files featuring information about computer and video games; information stored on electronic, magnetic and by optical means, namely, computer game programs; publications in electronic form supplied on-line from a database or from facilities provided on the internet or other networks including websites, namely, downloadable books in the field of computer and video game software; electronic notice boards; online database in the field of computer software, computer game programs; sunglasses; pre-recorded video, audio and data recording media, namely, CDs |

| Reg. No. | Trademark | Reg. Date | Goods and Services |
|----------|-----------|-----------|--------------------|
| | | | featuring music, DVDs featuring cartoons, computer and video games; computer game software for use on mobile telephones; mobile fitted plastic covers known as skins for protecting mobile telephones, mobile telephone cases, and covers; refrigerator magnets; pre-paid gift and debit cards that are magnetically encoded; Cell phone cases; Protective covers for mobile phones; headphones in class 009.

For: Entertainment and education services, namely, providing online electronic, computer and video games provided by means of the internet, online video, computer game services provided via a computer network; organizing of games in the nature of computer and video game competitions; providing non-downloadable games and educational entertainment services, namely, providing online computer games, providing temporary use of non-downloadable video games; education and entertainment services provided by computer networks, mobile telephone, and other electronic means, namely, providing online computer games; presentation, preparation of special effects, editing and production of cinematographic, televisual, digital and motion picture films, and television programs; multimedia publishing of computer and video games and computer and video games software; multimedia publishing of entertainment and educational software; arranging, organizing and conducting conferences and seminars for educational purposes; entertainment services in the form of television programs, and internet programs about computer and video games; production and presentation of television programs, shows, films, videos and DVDs about computer and video games; educational services relating to |

| Reg. No. | Trademark | Reg. Date | Goods and Services |
|----------|-----------|-----------|--------------------|
| | | | entertainment, namely, providing entertainment information about computer and video games; information about entertainment and education provided on-line from a computer database or the internet or by communications satellite, microwave or other electronic, digital or analogue media; organization, production and presentation of events for educational, cultural or entertainment purposes, namely, organizing and conducting computer game competitions and educational conventions; organization, production and presentation of competitions, contests, games, game shows, quizzes, fun days, staged events, live performances and participation events, namely, organizing athletic events in the field of computer games for education purposes; internet based games, namely, providing online computer games, providing online video games; information and advisory services relating to any of the aforesaid services in class 041.<br><br>For: Software development, design, maintenance, programming, engineering, research and writing services; advisory and consultancy services relating to computer software design and computer software development, design, maintenance, consultancy, programming, engineering, research and writing; computer software development, design, maintenance, consultancy, programming, engineering, research and writing; computer and video games development; creation of computer graphics; computer game design; design and development services in relation to computer and video games and interactive entertainment products; design services relating to the production of computer and video games and interactive entertainment products; social |

| Reg. No. | Trademark | Reg. Date | Goods and Services |
|---|---|---|---|
| | | | network software and virtual worlds software development, hosting and management for others; troubleshooting of computer software problems including services for gathering, processing, monitoring, analyzing, managing and reporting information concerning usage and performance of software, applications, computer and video games, websites, virtual worlds and computer based audio visual content; troubleshooting of computer web applications including computer services for gathering, processing, analyzing, managing and reporting information concerning online, internet and web site activity; software development including services for designing, developing, modifying and improving computer software, applications, computer and video games, websites and audio visual content; development of computer software that performs the above functions to others; software development, design, maintenance, software programming, engineering, research and writing in the field of computer and video games; advisory and consultancy services relating to computer and video games software; troubleshooting in the nature of collection, analysis and reporting of data concerning usage and performance of software, applications, computer and video games, websites, virtual worlds and audio visual content; computerized data management service, namely, software development; technical technological information, advisory and consultancy services relating to use of computer software applications, computer and video, consultancy services relating to the foregoing in class 042. |

| Reg. No. | Trademark | Reg. Date | Goods and Services |
|---|---|---|---|
| 5,093,304 |  | Dec. 06, 2016 | For: Computer and video games software; interactive entertainment software for playing computer games and video games; downloadable electronic publications, in the nature of instructional and teaching materials in the field of computer games and video games; discs, cartridges, CD-ROMs, and other magnetic, electronic or optical media, all bearing audio visual content from computer and video games; digital games software; downloadable publications in electronic form supplied on-line from a database or from facilities provided on the Internet or other networks including websites, namely, downloadable books, magazines in the field of computer and video game software; game software for mobile telephones; mobile telephone faceplates and covers; electronic publications, downloadable, namely, books and magazines in the field of computer and video game software; refrigerator magnets; redeemable vouchers and pre-paid cards, magnetically encoded, namely, gift cards in class 009.<br><br>For: Jewellery; badges of precious metals; bracelets; key rings of precious metals; horological and chronometric instruments including watches and clocks; wrist watch bands; clocks in class 014.<br><br>For: Cardboard, and goods from paper and cardboard, namely, paper flags books in the field of computer games and video games; annuals, namely, calendars; comics; printed redeemable vouchers and pre-paid gift cards, not magnetically encoded, journals in the field of computer games and video games; posters; stationery; prints; calendars; pens; pencils; pencil toppers in the nature of decorative pencil- |

| Reg. No. | Trademark | Reg. Date | Goods and Services |
|---|---|---|---|
| | | | top ornaments; wrapping paper; note pads; decorative paper items, namely, paper cake decorations; paper party decorations; greetings cards; stickers and sticker albums; plastic materials for packaging in the nature of plastic bags or plastic film in class 016.<br><br>For: Bags, namely, athletic bags, belt bags, handbags; purses; wallets; shopping bags, namely, mesh shopping bags, textile shopping bags; sports bags; tote bags; school bags; travelling bags; backpacks; rucksacks; umbrellas; briefcases in class 018.<br><br>For: Containers mugs; beverage glassware; porcelain, pottery and earthenware, namely, mugs; drinking glasses; mugs; money boxes; bottles sold empty; piggy banks; drinking vessels paper plates; coasters, not of paper and other than table linen; crockery, namely, dishes, drinking cups and saucers, bowls, serving bowls and trays; cups in class 021.<br><br>For: Articles of clothing, namely, pullovers, coats, dresses, shorts, undergarments, underwear, pajamas, swimsuits; footwear and headwear; t-shirts; shirts; sweatshirts; neckwear; belts; scarves; gloves; sweat bands for wrists; camisoles; pullovers; knitwear, namely, sweaters, sweater jackets, hats, scarves, and gloves; dresses; shorts; coats; jackets; pyjamas; undergarments; underwear; belts; scarves; gloves; socks; swimsuits; caps; hats; baseball caps in class 025.<br><br>For: Electronic games apparatus; board games; electronic game machines; game equipment sold as a unit for playing card games; electronic hand-held game units; game equipment sold as a |

| Reg. No. | Trademark | Reg. Date | Goods and Services |
|---|---|---|---|
| | | | unit for playing a board game, a card game; stand-alone video output games machines; playing cards; card games; three dimensional puzzles; balloons; plush toys; soft action figures and dolls and accessories therefor; dolls; action figures; decorations for Christmas trees in class 028.<br><br>For: Online retail store services via the internet featuring downloadable computer video games, retail store services featuring software, computer and video games, retail store services provided by communications networks and on-line retail store services on a local and/or global computer and/or telecommunications networks featuring a wide variety of products, namely, computer and video games, computer software, books, retail store services provided by communications networks and on-line retail store services on a local and/or global computer and/or telecommunications networks featuring a wide variety of products, namely, clothing; retail store services provided by communications networks and on-line retail store services on a local and/or global computer and/or telecommunications networks featuring a wide variety of products, namely, homewares, namely, mugs, tableware, bedding; retail store services provided by communications networks and on-line retail store services on a local and/or global computer and/or telecommunications networks featuring a wide variety of products, namely, virtual goods being games, clothing for virtual characters and educational materials; online retail store services provided by communications networks featuring video content in the nature of computer software, audio visual material, cards, games, software, clothing, headgear, children's clothes T-shirts, jumpers, hoodies, caps, toys, printed |

| Reg. No. | Trademark | Reg. Date | Goods and Services |
|---|---|---|---|
|  |  |  | matter, paper goods, books, cushions, throws, pillows, bed linen, duvet covers, jewelry, key rings, mugs, bags, wallets and cases, games, toys, playthings, entertainment products, in the nature of games, playthings, educational products, in the nature of books, educational games; online retail store services provided by communications networks featuring cards, music, games, software; online retail store services provided by communications networks featuring clothing, footwear, headgear; online retail store services provided by communications networks featuring toys, printed matter, paper goods, magazines, books; online retail store services provided by communications networks featuring mugs, bags, games, toys, playthings; online retail store services provided by communications networks featuring entertainment products, namely, games, playthings; online retail store services provided by communications networks featuring educational products, namely, books in class 035.<br><br>For: Providing online access to computer networks, computer databases, the Internet, on-line bulletin boards, virtual worlds, servers, virtual worlds including user generated characters, and libraries of text, graphics and audio-visual and multimedia information and entertainment; providing on-line electronic bulletin board services and chat rooms; providing an on-line forum for discussing computer games; transmission of information via local and/or global computer and/or telecommunication networks; providing internet access to allow access to remote data storage and servers; providing internet access to allow access to advertising, news, information, video, text and |

| Reg. No. | Trademark | Reg. Date | Goods and Services |
|---|---|---|---|
| | | | other multimedia content, via local and/or global computer and/or telecommunications networks; receipt and delivery of messages, documents and other data by electronic transmission; providing on-line chat room for transmission of messages among computer users concerning topics; provision of information about telecommunication; electronic transmission of data and documents over computer terminals and instant messaging services; providing internet access to allow access to a website or interactive community for users to share personal news, data, information, content, photos, audio and video, interests, activities and opinions and / or to receive feedback others in class 038.<br><br>For: Entertainment and education services, in the form of electronic, computer and video games provided by means of the Internet; organising of games; providing entertainment information in the nature of customised web pages featuring game player information, including players' gamertags and game preferences; arranging entertainment services in the form of television, Internet programmes about computer and video games; information about entertainment or education, provided on-line from a computer database or the Internet or by communications satellite, other electronic, digital publishing of computer and video games and computer and video games software, entertainment and/or educational software ; organisation, production and presentation of events for educational, cultural or entertainment purposes, namely, organising and conducting computer game competitions, exhibitions in the field of computer games, shows featuring computer game competitions, live performances by computer game players, and educational |

| Reg. No. | Trademark | Reg. Date | Goods and Services |
|---|---|---|---|
| | | | convention in the field of computer games in class 041. |
| 5,041,405 |  | Sep. 13, 2016 | For: Computer and video games software; downloadable computer game software; electronic publications, namely, downloadable books and brochures in the field of video games; downloadable computer game manuals; interactive entertainment software, namely, game software; discs, cartridges, CD-ROMs and other magnetic, electronic or optical media, all bearing computer games software or video games; electronic notice boards; Computer software for computer games and video games; Discs, cartridges, CDs and other magnetic, electronic or optical media, all with games software or video games; magnetically encoded gift cards in class 009.<br><br>For: Pin badges of precious metal; pendants; horological and chronometric instruments including watches and clocks; lapel pins; bracelets; chains, namely, jewelry chains; necklaces in class 014.<br><br>For: Printed publications, namely, books, fiction books, children's books, picture storybooks, instructions manuals, user guides, and strategy guides, all in the field of video games; books in the field of video games; redeemable vouchers and pre-paid cards, namely, non-magnetically encoded gift cards; manuals, namely, computer game instruction manuals; posters; prints; calendars; paper party decorations; stickers in class 016.<br><br>For: Clothing, namely, tops, bottoms, and jackets; footwear; headgear, namely, headwear; shirts; t-shirts; pullovers; sweatshirts; knitwear, |

| Reg. No. | Trademark | Reg. Date | Goods and Services |
|----------|-----------|-----------|--------------------|
| | | | namely, top and bottoms; dresses; jackets; pyjamas; undergarments; underwear; belts; scarves; gloves; socks; swimsuits; caps; hats; baseball caps; shoes; wrist bands, sleepwear; plush novelty hats; hooded sweatshirts; robes; scarves; tank tops; shawls in class 025.<br><br>For: Games and playthings, namely, dolls, toy building blocks, toy masks; decorations for Christmas trees; electronic games apparatus, namely, hand held units for playing electronic games; hand-held computer games equipment, namely, hand held units for playing electronic games; Home video game machines and hand-held video game machines; board games; Electronic game machine, namely, home video game machines; Electronic hand-held game units; Stand-alone video output games machines; Playing cards; Card games; Three dimensional puzzles; toys, namely, action figure toys; plush toys; dolls; playing cards; action figures; Electronic amusement apparatus, namely, amusement game machines; modeled plastic toy figurines in class 028.<br><br>For: Entertainment services, namely, providing online video games by means of the Internet and other remote communications devices; electronic games services provided by means of the internet; organising of games, namely, organizing video game tournaments; online non-downloadable games played via a global computer network; providing interactive entertainment services in the nature of an online computer game; education and entertainment services, namely, the provision of video game information by computer networks, television, mobile telephone, cable and other electronic means; production of cinematographic, |

| Reg. No. | Trademark | Reg. Date | Goods and Services |
|---|---|---|---|
| | | | televisual, digital and motion picture films, and television programs; entertainment services in the form of electronic, computer and video games all provided online by means of the Internet, mobile telephone and other remote communications device; publishing of computer and video games and computer and video games software; publishing of entertainment and educational software; Providing audiovisual games, namely, online computer games for use in connection with computer hardware platforms; providing publications in electronic form supplied on-line from a database or from facilities provided on the Internet or other networks, namely, online non-downloadable computer game manuals in class 041.<br><br>For: Computer services, namely, providing customized web pages featuring user-defined game player information, including information regarding a player's identity and the player's preferences in class 042. |

This Court further finds that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), as well as false designation of origin (15 U.S.C. § 1125(a)).

It is hereby ordered that Microsoft's Motion for Entry of Default and Default Judgment is GRANTED, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants (hereinafter, collectively, the "Order").

It is further ordered that:

1.    Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a.  using the Minecraft Trademarks or any reproductions, counterfeit copies, or colorable imitations thereof in any manner, including in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not Microsoft's genuine product (referred to herein as "Authentic Minecraft Products") or not authorized by Microsoft to be sold in connection with the Minecraft Trademarks;

    b.  passing off, inducing, or enabling others to sell or pass off any product as an Authentic Minecraft Product or any other product produced by Microsoft, that is not Microsoft's product or is not produced under the authorization, control, or supervision of Microsoft and approved by Microsoft for sale under the Minecraft Trademarks;

    c.  committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Microsoft, or that Defaulting Defendants or Defaulting Defendants' products are sponsored by, approved by, or otherwise connected to Microsoft; and

    d.  manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Microsoft, nor authorized by Microsoft to be sold or offered for sale, and which bear the Minecraft Trademarks, or any reproductions, counterfeit copies, or colorable imitations thereof.

2.  Any third-party with actual notice of this Order who is currently providing services, or who provided services prior to the entry of the Temporary Restraining Order and Preliminary Injunction in this Action, for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Seller Aliases, including, without limitation, any online marketplace platforms such as AliExpress ("AliExpress"), Amazon.com, Inc. ("Amazon"), eBay, Inc. ("eBay"), Etsy, Inc. ("Etsy"), Fruugo.com Limited ("Fruugo"), Qoo10 Pte. Ltd. ("Qoo10"), TP Apparel LLC ("Teepublic"), WhaleCo, Inc. ("Temu"), Walmart, Inc. ("Walmart"), and Context Logic, Inc. d/b/a Wish.com ("Wish") (collectively, the "Third-Party Providers"), shall within seven (7) calendar days of receipt of this Order, disable and cease displaying any advertisements or e-commerce stores used by or associated with Defaulting Defendants in connection with the sale of Unauthorized Products.

3.  Pursuant to 15 U.S.C. § 1117(c)(2), Microsoft is hereby awarded statutory damages from each of the Defaulting Defendants in the amount of twenty-five thousand dollars ($25,000) for willful use of counterfeit reproductions or copies of the Minecraft Trademarks, or colorable imitations thereof, in connection with the sale of Unauthorized Products through at least Defaulting Defendants' Seller Aliases (the "Statutory Damages Award").

4.  Microsoft may serve this Order on Third-Party Providers, including AliExpress, Alipay, Amazon, Amazon Pay, Ant Financial Services Group ("Ant Financial"), eBay, Etsy, Fruugo, Payoneer, Inc. ("Payoneer"), PayPal, Inc. ("PayPal"), Qoo10, Stripe, Inc. ("Stripe"), Teepublic, Temu, Walmart, and Wish, by email delivery to the email addresses Microsoft used to serve the Temporary Restraining Order on the Third-Party Providers.

5.  Any Third-Party Providers holding funds for Defaulting Defendants, including AliExpress, Alipay, Amazon, Amazon Pay, Ant Financial, eBay, Etsy, Fruugo, Payoneer, PayPal,

Qoo10, Stripe, Teepublic, Temu, Walmart, and Wish, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any financial accounts connected to Defaulting Defendants' Seller Aliases from transferring or disposing of any funds or other of Defaulting Defendants' assets, up to the above-identified Statutory Damages Award.

6. All monies, up to the above-identified Statutory Damages Award, in Defaulting Defendants' financial accounts, including monies held by Third-Party Providers, such as AliExpress, Alipay, Amazon, Amazon Pay, Ant Financial, eBay, Etsy, Fruugo, Payoneer, PayPal, Qoo10, Stripe, Teepublic, Temu, Walmart, and Wish, are hereby released to Microsoft as partial or full payment of the above-identified damages, and Third-Party Providers, including AliExpress, Alipay, Amazon, Amazon Pay, Ant Financial, eBay, Etsy, Fruugo, Payoneer, PayPal, Qoo10, Stripe, Teepublic, Temu, Walmart, and Wish, are ordered to release to Microsoft the amounts from Defaulting Defendants' financial accounts within seven (7) calendar days of receipt of this Order.

7. Until Microsoft has recovered full payment of monies owed to it by any Defaulting Defendant, Microsoft shall have the ongoing authority to serve this Order on Third Party Providers, including AliExpress, Alipay, Amazon, Amazon Pay, Ant Financial, eBay, Etsy, Fruugo, Payoneer, PayPal, Qoo10, Stripe, Teepublic, Temu, Walmart, and Wish, in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, as well as the Amended Schedule A and Exhibit 2 to the Declaration of Paul Varley, Third-Party Providers, including AliExpress, Alipay, Amazon, Amazon Pay, Ant Financial, eBay, Etsy, Fruugo, Payoneer, PayPal, Qoo10, Stripe, Teepublic, Temu, Walmart, and Wish, shall, within seven (7) calendar days:

a.  locate all accounts and funds connected to Defaulting Defendants' Seller Aliases, including, but not limited to, any financial accounts connected to the information listed in the Amended Schedule A hereto, the email addresses identified in Exhibit 2 to the Declaration of Paul Varley, and any email addresses provided for Defaulting Defendants by third-parties;

b.  restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets (up to the above-identified Statutory Damages Award); and

c.  release all monies, up to the above-identified Statutory Damages Award, minus any monies, if any, already recovered from a particular Defaulting Defendant, in Defaulting Defendants' financial accounts, to Microsoft as partial payment of the above-identified damages.

8.  In the event that Microsoft identifies any additional online marketplace accounts, e-commerce stores, or financial accounts owned or operated by Defaulting Defendants, Microsoft may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by email at the email addresses identified in Exhibit 2 to the Declaration of Paul Varley and any email addresses provided for Defaulting Defendants by third-parties.

9.      The fifty thousand dollar ($50,000) surety bond posted by Microsoft is hereby released to

        Microsoft or its counsel, TME Law, P.C.  The Clerk of the Court is directed to return the

        surety bond previously deposited with the Clerk of the Court to Microsoft or its counsel.

This is a Default Judgment.

Dated: March 19, 2025

_____
Manish S. Shah
United States District Judge

**Amended Schedule A**

| No. | Seller Alias | URL |
|-----|--------------|-----|
| 1 | DISMISSED | DISMISSED |
| 2 | .OUR Directly | https://www.amazon.com/sp?ie=UTF8&seller=A1EGV5CZGXJZKW |
| 3 | Aaon | https://www.amazon.com/sp?seller=A14VGICV1YZMSI |
| 4 | BaoWenHao625 | https://www.amazon.com/sp?ie=UTF8&seller=A1GYXOWDAP4SFZ |
| 5 | DISMISSED | DISMISSED |
| 6 | COPECT | https://www.amazon.com/sp?seller=A3756RKYQU4GG7 |
| 7 | DISMISSED | DISMISSED |
| 8 | dongfangy | https://www.amazon.com/sp?ie=UTF8&seller=A151ER2TTFLIV |
| 9 | DISMISSED | DISMISSED |
| 10 | Feiron | https://www.amazon.com/sp?ie=UTF8&seller=A8C7TKEESCPMU |
| 11 | fuanshizhongzhouzhouchengyouxiangongsi | https://www.amazon.com/sp?ie=UTF8&seller=A15AVIV6G7Q9L0 |
| 12 | guangzhouliyanyuanshangmaoshanghang | https://www.amazon.com/sp?ie=UTF8&seller=A2347Y26W0WKLI |
| 13 | guangzhourubenshangmaoyouxiangongsi | https://www.amazon.com/sp?ie=UTF8&seller=A97GU7TYVDDLY |
| 14 | hechoushangmao | https://www.amazon.com/sp?ie=UTF8&seller=A1H2SOOEP94UIF |
| 15 | HeQiang-US | https://www.amazon.com/sp?ie=UTF8&seller=AE6Z98GNOT60Q |
| 16 | Holarun US | https://www.amazon.com/sp?ie=UTF8&seller=A2VKBUF0VZKODQ |
| 17 | HUAzhuH | https://www.amazon.com/sp?ie=UTF8&seller=AKSNDDW5P4G20 |
| 18 | DISMISSED | DISMISSED |
| 19 | LeiYuaN | https://www.amazon.com/sp?ie=UTF8&seller=AESZFMJZ93XES |
| 20 | LIyiJ | https://www.amazon.com/sp?ie=UTF8&seller=AS0C66G7Y492K |
| 21 | LOHK MEI CN | https://www.amazon.com/sp?ie=UTF8&seller=A2LLL7M9QHQVZ2 |
| 22 | Luckeyui | https://www.amazon.com/sp?ie=UTF8&seller=A1RRVH6D7P18Z8 |

| 23 | maidehaobag | https://www.amazon.com/sp?ie=UTF8&seller=A1A35A1COP77S |
|----|-------------|-------------------------------------------------------|
| 24 | Miaomiaobaihuoxiaoshou | https://www.amazon.com/sp?seller=ACN0HEXCCLXG7 |
| 25 | MissGuo | https://www.amazon.com/sp?seller=A3VMJQZ7V6MRBG |
| 26 | Mnpartnery | https://www.amazon.com/sp?ie=UTF8&seller=AFKMYOAYCFX63 |
| 27 | mochengwen | https://www.amazon.com/sp?ie=UTF8&seller=A3H8F7CWOT9O68 |
| 28 | DISMISSED | DISMISSED |
| 29 | OKEFXIYKY | https://www.amazon.com/sp?ie=UTF8&seller=A2JQLH1TZCJHXM |
| 30 | OVITTAC Directly. | https://www.amazon.com/sp?ie=UTF8&seller=A6BORRFATPGWK |
| 31 | PartyFavors Store | https://www.amazon.com/sp?ie=UTF8&seller=A1FHSZKFCWGGU0 |
| 32 | PETSCLUBS | https://www.amazon.com/sp?ie=UTF8&seller=A2S2FK16E985LB |
| 33 | Pingrose | https://www.amazon.com/sp?ie=UTF8&seller=A1UT5COAPQCM8K |
| 34 | DISMISSED | DISMISSED |
| 35 | SNLN US | https://www.amazon.com/sp?ie=UTF8&seller=ASXBFAUD8M03T |
| 36 | DISMISSED | DISMISSED |
| 37 | wangmingyushop | https://www.amazon.com/sp?ie=UTF8&seller=A37IE6S1GURQXV |
| 38 | wangsiyustore | https://www.amazon.com/sp?ie=UTF8&seller=APYUECFIBS7TG |
| 39 | Wanjiehu | https://www.amazon.com/sp?ie=UTF8&seller=AS8HLAYH2990U |
| 40 | xiangyangsiniushangmaoyouxiangongsi | https://www.amazon.com/sp?ie=UTF8&seller=A1KUJ945JOWGZN |
| 41 | XIN YU-US | https://www.amazon.com/sp?ie=UTF8&seller=A3FIFZXUXK9AEW |
| 42 | xindieshangmaogs | https://www.amazon.com/sp?ie=UTF8&seller=APZAQF8R6LP9Y |
| 43 | yanghuliu | https://www.amazon.com/sp?ie=UTF8&seller=A13SBUEIJ0ST8Q |
| 44 | YiChangshilaijiajiaoxiangshangmaohanggerenduzi | https://www.amazon.com/sp?ie=UTF8&seller=AKGLRYTU07THB |
| 45 | yichangshizuisiyeshangmaoyouxiangongsi | https://www.amazon.com/sp?ie=UTF8&seller=A19DJM73E8PJC0 |

| | | |
|---|---|---|
| 46 | YunChengShiYanHuQuYaoYiHuiShangMaoYouXianGongSi | https://www.amazon.com/sp?ie=UTF8&seller=A2FF6N4IE2I8RR |
| 47 | zhihuiwu | https://www.amazon.com/sp?ie=UTF8&seller=A21X273ZTJ3QQL |
| 48 | ZiQiangChen store | https://www.amazon.com/sp?ie=UTF8&seller=A2CMCCDWH783ML |
| 49 | 烨博电子商务有限公司 | https://www.amazon.com/sp?ie=UTF8&seller=A12ZGD3116H8V |
| 50 | DISMISSED | DISMISSED |
| 51 | timeless_haven | https://www.ebay.com/sch/timeless_haven/m.html |
| 52 | Fuzhou Xin Hong Bing Maoyi Youxian Gongsi | https://www.fruugo.us/fuzhou-xin-hong-bing-maoyi-youxian-gongsi/m-20566 |
| 53 | DISMISSED | DISMISSED |
| 54 | DISMISSED | DISMISSED |
| 55 | Shen Zhen Shi De Rui Kai Ke Ji You Xian Gong Si | https://www.fruugo.us/shen-zhen-shi-de-rui-kai-ke-ji-you-xian-gong-si/m-15793 |
| 56 | DISMISSED | DISMISSED |
| 57 | BIN | https://binteez.com/ |
| 58 | DISMISSED | DISMISSED |
| 59 | DISMISSED | DISMISSED |
| 60 | DISMISSED | DISMISSED |
| 61 | Kawaii Raymi | https://kawaiiraymi.com/ |
| 62 | DISMISSED | DISMISSED |
| 63 | mugteeco | https://mugteeco.com/ |
| 64 | OnyxPrints | https://www.inspireuplift.com/shop/onyxprints |
| 65 | DISMISSED | DISMISSED |
| 66 | trendyaloha | https://trendyaloha.com |
| 67 | XMavericks | https://xmavericks.co/ |
| 68 | DISMISSED | DISMISSED |
| 69 | DISMISSED | DISMISSED |
| 70 | DISMISSED | DISMISSED |
| 71 | Customized Backpack | https://www.temu.com/customized-backpack-m-634418213076036.html? |
| 72 | DDXXYY | https://www.temu.com/ddxxyy-m-634418212393760.html |
| 73 | DISMISSED | DISMISSED |
| 74 | DISMISSED | DISMISSED |
| 75 | DISMISSED | DISMISSED |
| 76 | DISMISSED | DISMISSED |
| 77 | DISMISSED | DISMISSED |

| 78 | DISMISSED | DISMISSED |
|---|---|---|
| 79 | New Fashion Backpack | https://www.temu.com/new-fashion-backpack-m-634418212847960.html |
| 80 | DISMISSED | DISMISSED |
| 81 | DISMISSED | DISMISSED |
| 82 | YEEGOO | https://www.temu.com/yeegoo-m-634418212584985.html |
| 83 | BAI YU | https://www.walmart.com/seller/101674910 |
| 84 | Bekayaa | https://www.walmart.com/seller/101192130 |
| 85 | DISMISSED | DISMISSED |
| 86 | DISMISSED | DISMISSED |
| 87 | DISMISSED | DISMISSED |
| 88 | Jie Cheng Toys store | https://www.walmart.com/seller/102479379 |
| 89 | jinanyongpanshang maoxiaoshouyouxia ngongsi | https://www.walmart.com/seller/101642396 |
| 90 | DISMISSED | DISMISSED |
| 91 | shenzhenshixinyanju seme | https://www.walmart.com/seller/101674901 |
| 92 | Tomoaki | https://www.walmart.com/seller/101695722 |
| 93 | DISMISSED | DISMISSED |
| 94 | XUEMEI | https://www.walmart.com/seller/101651839 |
| 95 | Zhnaju | https://www.walmart.com/seller/101647893 |
| 96 | DISMISSED | DISMISSED |
| 97 | Decrio | https://www.amazon.com/sp?ie=UTF8&seller=A2IIU6TWVL80 7O |
| 98 | Fancy T Life | https://www.amazon.com/sp?ie=UTF8&seller=A3VIE2YIQ50P9 9 |
| 99 | Iwanton | https://www.amazon.com/sp?ie=UTF8&seller=A2OJV2J55AD2 U6 |
| 100 | John Ehrig | https://www.amazon.com/sp?ie=UTF8&seller=ACLFLSF9YAM 0K |
| 101 | DISMISSED | DISMISSED |
| 102 | liujihongnannvzhuan g | https://www.amazon.com/sp?ie=UTF8&seller=AFJYOOMPXA GHK |
| 103 | DISMISSED | DISMISSED |
| 104 | Nuoyifan | https://www.amazon.com/sp?seller=A342JX61OUIBZE& |
| 105 | OVERSHY | https://www.amazon.com/sp?ie=UTF8&seller=A127VLJURTDI 4I |
| 106 | PSKDJD421 | https://www.amazon.com/sp?ie=UTF8&seller=A1AGIOCR5TO ED5 |
| 107 | QIANNAXU | https://www.amazon.com/sp?ie=UTF8&seller=A3H72BJ00UEJF H |
| 108 | qiguaimao | https://www.amazon.com/sp?ie=UTF8&seller=ABB7NL3L2SU OC |

| | | |
|---|---|---|
| 109 | Redpon | https://www.amazon.com/sp?ie=UTF8&seller=A3V0HS699ENH2M |
| 110 | RTXHJ | https://www.amazon.com/sp?ie=UTF8&seller=A3HGZIOR4JFHGJ |
| 111 | DISMISSED | DISMISSED |
| 112 | runyang | https://www.amazon.com/sp?ie=UTF8&seller=A1X8N3WXQVUU3I |
| 113 | SANACCNI | https://www.amazon.com/sp?ie=UTF8&seller=A7UGFGG26LDA4 |
| 114 | Setanmou | https://www.amazon.com/sp?ie=UTF8&seller=A3NA2STN27CH7D |
| 115 | Seven Trees Premium | https://www.amazon.com/sp?ie=UTF8&seller=A226UWH0MFREGQ |
| 116 | DISMISSED | DISMISSED |
| 117 | taiyuanchongdieshangmao | https://www.amazon.com/sp?ie=UTF8&seller=A35UH4XSFL3JM0 |
| 118 | tiannanzhijia store | https://www.amazon.com/sp?ie=UTF8&seller=AH92NKR3DS2SF |
| 119 | TYSM1 | https://www.amazon.com/sp?ie=UTF8&seller=A39NCCT53GKFDI |
| 120 | wither-stray | https://www.amazon.com/sp?ie=UTF8&seller=AC2HHOD0DGBCK |
| 121 | xiangyangshirouguangwenshangmaoyouxiangongsi | https://www.amazon.com/sp?ie=UTF8&seller=A1442LQUCVSO0S |
| 122 | XingShengShangMao | https://www.amazon.com/sp?ie=UTF8&seller=AO8ZJSJLI42SK |
| 123 | Zhengwei usa | https://www.amazon.com/sp?ie=UTF8&seller=AUQOEYMFLRNO9 |
| 124 | 谷城县细纹商贸有限公司 | https://www.amazon.com/sp?ie=UTF8&seller=A2V469W6067VPD |
| 125 | DISMISSED | DISMISSED |
| 126 | DISMISSED | DISMISSED |
| 127 | DISMISSED | DISMISSED |
| 128 | DISMISSED | DISMISSED |
| 129 | Ornarto Technology | https://www.fruugo.us/ornarto-technology/m-15718 |
| 130 | Putian Lianmei Dianzi Shangwu Youxian Gongsi | https://www.fruugo.us/putian-lianmei-dianzi-shangwu-youxian-gongsi/m-19635 |
| 131 | Shenzhenshi Guoranshuzikeji Youxiangongsi | https://www.fruugo.us/shenzhenshi-guoranshuzikeji-youxiangongsi/m-16528 |
| 132 | Xin Huoqing Trading | https://www.fruugo.us/xin-huoqing-trading/m-22192 |

| 133 | DISMISSED | DISMISSED |
|---|---|---|
| 134 | BYZTEE | https://byztee.com/ |
| 135 | printnd | https://printnd.com/ |
| 136 | radpick | https://radpick.com/ |
| 137 | ufamily | https://ufamily.net/ |
| 138 | DISMISSED | DISMISSED |
| 139 | DISMISSED | DISMISSED |
| 140 | DISMISSED | DISMISSED |
| 141 | DISMISSED | DISMISSED |
| 142 | DISMISSED | DISMISSED |
| 143 | DISMISSED | DISMISSED |
| 144 | DISMISSED | DISMISSED |
| 145 | DISMISSED | DISMISSED |
| 146 | DISMISSED | DISMISSED |
| 147 | DISMISSED | DISMISSED |
| 148 | DISMISSED | DISMISSED |
| 149 | DISMISSED | DISMISSED |
| 150 | DISMISSED | DISMISSED |
| 151 | DISMISSED | DISMISSED |
| 152 | DISMISSED | DISMISSED |
| 153 | DISMISSED | DISMISSED |
| 154 | DISMISSED | DISMISSED |
| 155 | DISMISSED | DISMISSED |
| 156 | DISMISSED | DISMISSED |
| 157 | DISMISSED | DISMISSED |
| 158 | DISMISSED | DISMISSED |
| 159 | DISMISSED | DISMISSED |
| 160 | DISMISSED | DISMISSED |
| 161 | DISMISSED | DISMISSED |
| 162 | DISMISSED | DISMISSED |
| 163 | children Girl clothing | https://www.temu.com/children-girl-clothing-m-5838801922533.html |
| 164 | DISMISSED | DISMISSED |
| 165 | DISMISSED | DISMISSED |
| 166 | DISMISSED | DISMISSED |
| 167 | DISMISSED | DISMISSED |
| 168 | DISMISSED | DISMISSED |
| 169 | Little sung | https://www.temu.com/little-sung-m-634418212952041.html? |
| 170 | DISMISSED | DISMISSED |
| 171 | DISMISSED | DISMISSED |
| 172 | Model toy | https://www.temu.com/model-toy-m-634418212458611.html |
| 173 | NINGYE Superior product | https://www.temu.com/ningye-superior-product-m-634418210371173.html |

| 174 | DISMISSED | DISMISSED |
|---|---|---|
| 175 | DISMISSED | DISMISSED |
| 176 | DISMISSED | DISMISSED |
| 177 | Smiling Sprites | https://www.temu.com/smiling-sprites-m-634418212444940.html |
| 178 | DISMISSED | DISMISSED |
| 179 | DISMISSED | DISMISSED |
| 180 | DISMISSED | DISMISSED |
| 181 | WavShu | https://www.temu.com/wavshu-m-634418212831618.html |
| 182 | DISMISSED | DISMISSED |
| 183 | XxStudio | https://www.temu.com/xxstudio-m-634418211799755.html |
| 184 | DISMISSED | DISMISSED |
| 185 | DISMISSED | DISMISSED |
| 186 | DISMISSED | DISMISSED |
| 187 | HUANGSHUO | https://www.walmart.com/seller/102482133 |
| 188 | DISMISSED | DISMISSED |
| 189 | DISMISSED | DISMISSED |
| 190 | DISMISSED | DISMISSED |
| 191 | DISMISSED | DISMISSED |
| 192 | DISMISSED | DISMISSED |
| 193 | DISMISSED | DISMISSED |